# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :  No. 85 MM 2020

         Respondent            :

               v.                   :

RAPHEL BERRIEN, III,           :

         Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2020, the "Application to Petition for Allowance of Appeal Nunc Pro Tunc" is DENIED.